UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT SMITH and<br>GLENN APILLANES,<br><br>    Plaintiffs,<br><br>v.<br><br>WDE GROUP, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:17-CV-143<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is the parties' joint motion for order approving settlement, [Doc. 47]. In the parties' joint motion, the parties notify the Court that they have reached a settlement agreement in this matter, and request the Court to approve the settlement agreement. Attached as an exhibit to the parties' joint motion is the settlement agreement and release of all claims, [Doc. 47-1]. The parties additionally provide a brief procedural history of this case, as well as reasons in support of approval of the agreement.

After preliminarily reviewing the settlement agreement attached as an exhibit to the parties' motion, the Court has identified overtly ambiguous terms within the agreement. Specifically, in paragraph 1 of the agreement titled "Consideration," the parties jointly agree to consideration amounts that are necessarily inconsistent. The parties' motion requests this Court to approve the settlement agreement for plaintiff Smith to receive $4,831.12; however, the settlement agreement is inconsistent with this request, as well as itself, because the agreement sets out the following: "(i) Two Thousand Two Hundred Sixty Dollars and 49/100 ($2,415.56) [sic] . . . (ii) Two Thousand Two Hundred Sixty Dollars and 49/100 ($2,415.56) [sic] . . . ."

Given the overtly ambiguous terms of the settlement agreement, the Court hereby **DENIES** the parties' motion **WITHOUT PREJUDICE**. The parties may refile the joint motion with a new and complete settlement agreement that does not have overtly ambiguous terms.

ENTER:

                                                           s/J. RONNIE GREER
                                                     UNITED STATES DISTRICT JUDGE