UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT SMITH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:17-CV-143 |
| | ) |
| WDE GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter came before the Court on the parties' joint motion for approval of settlement, [Doc. 49]. The Court has considered the settlement agreement attached to the parties' motion as an exhibit as well as the other pleadings of record in this case, and finds that a *bona fide* dispute exists regarding the plaintiffs' claims filed pursuant to the Fair Labor Standards Act. After specifically considering the parties' settlement agreement, the Court further concludes that the settlement agreement is fair and reasonable. It is therefore **ORDERED** that the parties' settlement agreement is **APPROVED**.

As all claims in this lawsuit are now fully resolved, this case is hereby **DISMISSED WITH PREJUDICE**.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ *John L. Medearis*
    District Court Clerk